## United States Bankruptcy Court
### Southern District of Mississippi

In re   **Unlimited Deliveries, LLC** _____   Case No. _____

Debtor(s)   Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the CEO/Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: ___01/28/2026___

_____

**Mykhaylo Kalyn CEO/Managing Member**
Signer/Title

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

Baldwin Road Management, LLC
174 Baldwin Road
Satsuma, AL 36572

BankFirst
P.O. Box 1248
Columbus, MS 39703

BankPlus
1320 S. Morrison Blvd
Hammond, LA 70403

BMO Bank, N.A.
300 E. John Carpenter Freeway
Irving, TX 75062-2712

Cabot Drive, LLC
1452 Cabot Drive
Clermont, FL 34711

Capital One
P.O. Box 60519
City of Industry, CA 91716-0519

Clarence Roberts
c/o W. Bradford Kittrell, Esq.
P.O. Box 2187
Daphne, AL 36526

Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0039

Department of Treasury
Internal Revenue Service
c/o U.S. Attorney, S.D. of MS
501 E. Court Street, Suite 4.430
Jackson, MS 39201

EFS
P.O. Box 630038

Cincinnati, OH 75263-0038

Gulf Coast Bank & Trust Company
d/b/a Phoenix Capital
7235 Jefferson Hwy, 2nd Floor
Baton Rouge, LA 70806

Hancock Whitney Bank
P.O. Box 4019
Gulfport, MS 39502-4019

Hankook Tire America Corp.
333 Commerce Street
Suite 600
Nashville, TN 37201

Kingspointe Management, LLC
7751 Kingspointe Pkwy
Suite 106
Orlando, FL 32819

Love's Truck Stops
10601 N Pennsylvania Avenue
Oklahoma City, OK 73120

M&T Equipment Finance Corporation
P.O. Box 463
Brattleboro, VT 05302-0463

Mighty Lease, LLC
1308 Bienville Blvd
Ocean Springs, MS 39564

Mila Travel, LLC
1853 Hilochee Ridge Road
Clermont, FL 34714

MK Logistics, LLC
1853 Hilochee Ridge Road
Clermont, FL 34714

MK Truck Services, LLC
d/b/a Satsuma Diesel Repair
174 Baldwin Road
Satsuma, AL 36572

Mykhaylo Kalyn
1853 Hilochee Ridge Road
Clermont, FL 34714

North Texas Tollway Authority
c/o Kate Valent, Esq.
2600 Network Blvd, Suite 400
Frisco, TX 75034

PACCAR Financial Corp.
1501 North Plano Road
Suite 100
Richardson, TX 75081

PACCAR Parts Fleet Services
P.O. Box 10922
Shawnee Mission, KS 66225

Pennsylvania Turnpike Commission
c/o Transworld Systems, Inc.
500 Virginia Drive, #514
Fort Washington, PA 19034

PNC Bank, National Association
655 Business Center Drive
Suite 250
Horsham, PA 19044

Road Gear, LLC
174 Baldwin Road
Satsuma, AL 36572

Trustmark National Bank
Commercial Banking - MS Gulf Coast
1695 Popps Ferry Road
Biloxi, MS 39532

U.S. Small Business Administration
409 3rd Street, S.W.
Washington, DC 20416

U.S. Small Business Administration
c/o U.S. Attorney, S.D. of MS
501 E. Court Street, Suite 4.430
Jackson, MS 39201

WebBank c/o QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284-2978