MSSB-7007.1-BK (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re    Unlimited Deliveries, LLC

Debtor(s)

Case No. _____

Chapter    **11**

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,

Unlimited Deliveries, LLC _____ , a

[Name of Corporate Party]

**[Check One]**

- ☐ Party to a contested matter **Miss. Bankr. LR. 9014-1(c)**
- ☑ Corporate **Debtor FRBP 1007(a)(1)**
- ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- ☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- ☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

    _____

**OR**

- ☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date:  01/28/2026

_Craig M. Geno_
Attorney Signature

**Craig M. Geno**
Attorney Name

**4793 MS**
State Bar Number

**601 Renaissance Way**
**Suite A**
**Ridgeland, MS 39157**
Address

**Ridgeland MS 39157-0000**
City, State, and Zip Code

**601-427-0048**
Telephone Number

Email Address

Pursuant to Miss. Bankr. LR. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 applies to general partnerships, limited partnerships, joint ventures, and limited liability companies.