```
Fill in this information to identify the case:
Debtor name    Unlimited Deliveries, LLC
United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF
                                          MISSISSIPPI
Case number (if known):   _____
```

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BankFirst P.O. Box 1248 Columbus, MS 39703 | | | | | | $640,945.53 |
| BankPlus 1320 S. Morrison Blvd Hammond, LA 70403 | | | | | | $505,956.67 |
| BMO Bank, N.A. 300 E. John Carpenter Irving, TX 75062-2712 | | | | | | $453,361.83 |
| Clarence Roberts c/o W. Bradford Kittre P.O. Box 2187 Daphne, AL 36526 | | Judgment | | | | $6,000,000.00 |
| Hancock Whitney Bank P.O. Box 4019 Gulfport, MS 39502-4019 | | | | | | $1,969,021.35 |
| Hancock Whitney Bank P.O. Box 4019 Gulfport, MS 39502-4019 | | | | | | $1,250,785.74 |
| Hancock Whitney Bank P.O. Box 4019 Gulfport, MS 39502-4019 | | | | | | $420,535.45 |
| Hancock Whitney Bank P.O. Box 4019 Gulfport, MS 39502-4019 | | | | | | $360,229.03 |

Debtor  **Unlimited Deliveries, LLC**        Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hancock Whitney Bank P.O. Box 4019 Gulfport, MS 39502-4019** | | | | | | **$674,443.43** |
| **Hancock Whitney Bank P.O. Box 4019 Gulfport, MS 39502-4019** | | | | | | **$607,438.49** |
| **M&T Equipment Finance P.O. Box 463 Brattleboro, VT 05302-0463** | | | | | | **$457,967.29** |
| **M&T Equipment Finance P.O. Box 463 Brattleboro, VT 05302-0463** | | | | | | **$303,411.47** |
| **PACCAR Financial Corp. 1501 North Plano Road Suite 100 Richardson, TX 75081** | | | | | | **$1,389,774.57** |
| **PACCAR Financial Corp. 1501 North Plano Road Suite 100 Richardson, TX 75081** | | | | | | **$1,370,536.55** |
| **PACCAR Financial Corp. 1501 North Plano Road Suite 100 Richardson, TX 75081** | | | | | | **$1,032,127.30** |
| **PACCAR Financial Corp. 1501 North Plano Road Suite 100 Richardson, TX 75081** | | | | | | **$3,294,137.34** |

Debtor  **Unlimited Deliveries, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PACCAR Financial Corp.**<br>**1501 North Plano Road**<br>**Suite 100**<br>**Richardson, TX 75081** | | | | | | **$3,201,584.56** |
| **PACCAR Financial Corp.**<br>**1501 North Plano Road**<br>**Suite 100**<br>**Richardson, TX 75081** | | | | | | **$3,130,702.35** |
| **PACCAR Financial Corp.**<br>**1501 North Plano Road**<br>**Suite 100**<br>**Richardson, TX 75081** | | | | | | **$2,735,118.46** |
| **Trustmark National Ban**<br>**Commercial Banking - M**<br>**1695 Popps Ferry Road**<br>**Biloxi, MS 39532** | | | | | | **$517,171.37** |