

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 29, 2026**

_____

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | UNLIMITED DELIVERIES, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 26-50139-KMS |

### ORDER

THIS CAUSE having come on for consideration on the *Omnibus Motion to Expedite Hearing*s (the "Motion") **[DK #14]** filed herein by Unlimited Deliveries, LLC (the "Debtor"), and the Court having considered the Motion, is of the opinion that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Omnibus Motion to Expedite Hearings* is hereby granted.

**# #  END OF ORDER  # #**

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Unlimited Deliveries, LLC dba MK Trucking\Pleadings\Order - Omnibus Mot to Expedite Hrgs on First Day Mots 5-26-25.wpd