

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 11, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        **UNLIMITED DELIVERIES, LLC**                              **CHAPTER 11**

**DEBTOR(S)**                              **CASE NO. 26-50139-KMS**

## ORDER

THIS DAY THIS CAUSE came on for consideration of the Debtor's *Motion for Extension of Time Within Which to File Required Documents* (the "Motion") **[DK #61]**, and the Court, having fully considered the Motion, is of the opinion that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Motion for Extension of Time Within Which to File Required Documents* is hereby granted, and the Debtor shall file its Schedules, Summary of Assets and Liabilities, and Statement of Financial Affairs (the "Required Documents") in this Chapter 11 case on or before February 23, 2026.

### # #  END OF ORDER  # #

ORDER SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC

-2-

601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Unlimited Deliveries, LLC dba MK Trucking\Pleadings\Order - Mot to Extend Time to File Schedules and SOFA 2-11-26.wpd