**Fill in this information to identify the case:**

Debtor name  **Unlimited Deliveries, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  **26-50139-KMS**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _02/13/2026_  X _____
Signature of individual signing on behalf of debtor

**Mykhaylo Kalyn**
Printed name

**CEO/Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Unlimited Deliveries, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)     **26-50139-KMS**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................................   $   **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................   $   **2,696,978.85**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................................   $   **2,696,978.85**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **4,249,887.78**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................   $   **30,491.33**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **33,589,382.20**

4.  **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b     $   **37,869,761.31**

**Fill in this information to identify the case:**

Debtor name **Unlimited Deliveries, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **26-50139-KMS**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Regions Bank** | **Checking** | **8839** | **$622,321.08** |
| 3.2. | **Hancock Whitney Bank** | **Checking** | **4743** | **$627.11** |
| 3.3. | **Hancock Whitney Bank** | **Checking** | **2011** | **$193.17** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$623,141.36**

**Part 2:**       **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor   **Unlimited Deliveries, LLC**                                   Case number *(If known)* **26-50139-KMS**
         Name

| 7.1. | **Secure Deposit with Factoring Company** | **$65,000.00** |

| 7.2. | **Security Deposit with Prime Insurance** | **$100,000.00** |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                **$165,000.00**

     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:        **710,327.36**   -        **710,327.36**   = ....        **$0.00**
                                       face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                               **$0.00**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

| | | |
|---|---|---|
| Debtor **Unlimited Deliveries, LLC** | Case number *(If known)* | **26-50139-KMS** |
| Name | | |

**39.** **Office furniture**
**20-30 Used Desks, Cubicles and Chairs** — $0.00 — $2,500.00

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**
**20 Used Computers** — $0.00 — $2,500.00

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$5,000.00** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **5 - 2023 Peterbilt 579 (VINs 3168, 3172, 3302, 3304, 3305) (valued at $40,000 each)** | $0.00 | | $200,000.00 |
| 47.2.  **5 - 2023 Peterbilt 579 (VINs 3169, 3170, 3171, 3301, 3303) (valued at $40,000 each)** | $0.00 | | $200,000.00 |
| 47.3.  **10 - 2023 Extreme XP55 Trailers (SNs 8990, 8991, 8992, 8993, 8994, 8995, 8996, 8997, 8998, 8999) (valued at $20,000 each)** | $0.00 | | $200,000.00 |
| 47.4.  **5 - 2024 Extreme XP55 Trailers (SNs 8376, 8377, 840, 8402, 8403) (valued at $23,000 each)** **9 - 2023 Extreme XP55 Trailers (SNs 8861, 8862, 8863, 8872, 8873, 8874, 8875, 8876, 8877) (valued at $20,000 each)** | $0.00 | | $295,000.00 |

Debtor   **Unlimited Deliveries, LLC**                     Case number *(If known)*  **26-50139-KMS**
                     Name

| 47.5. | **2020 Benson 524 Flatbed Trailer (SN 4722)** | $0.00 | | $16,000.00 |
|---|---|---|---|---|
| 47.6. | **2018 Benson 524 Flatbed Trailer (SN 5905)** | $0.00 | | $16,000.00 |
| 47.7. | **51 - 2022 Extreme XP55 Trailers (SNs 8078, 8079, 8080, 8081, 8082, 8083, 8084, 8085, 8086, 8087, 8709, 8717, 8718, 8719, 8720, 8721, 8722, 8723, 8724, 8725, 8726, 8727, 8728, 8730, 8731, 8732, 8733, 8734, 8735, 8736, 8737, 8738, 8740, 8741, 8742, 8743, 8744, 8745, 8746, 8747, 8748, 8749, 8750, 8751, 8752, 8753, 8754, 8755, 8756, 8957, 8958) (valued at $18,000 each)** | $0.00 | | $918,000.00 |
| 47.8. | **2021 Extreme XP55 Trailer (SN 8162)** | $0.00 | | $16,000.00 |
| 47.9. | **2021 Kenworth T680 (VIN 3766)** | $0.00 | | $16,000.00 |
| 47.10. | **2021 Kenworth T680 (VIN 2645)** | $0.00 | | $16,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                **$1,893,000.00**

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.

   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **Unlimited Deliveries, LLC**                                                  Case number *(If known)* **26-50139-KMS**
_____
Name

| of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | |
|---|---|---|---|
| 55.1.  **174 Baldwin Road Satsuma, AL 36572** | Leased | $0.00 | $0.00 |
| 55.2.  **7751 Kingspointe Pkwy Orlando, FL** | Leased | $0.00 | $0.00 |
| 55.3.  **517 W North Street Suite C Pass Christian, MS 39571** | Leased | $0.00 | $0.00 |

56.  **Total of Part 9.**                                                                                                          | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** https://www.mk-trucking.com/ | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                                                       | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

Debtor **Unlimited Deliveries, LLC**
Name

Case number *(If known)* **26-50139-KMS**

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

| Description | Total face amount | | doubtful or uncollectible amount | | Current value |
|---|---|---|---|---|---|
| **Paul L. Marsh - Debtor subleases 2022 Kenworth T680 (VIN 3665) to driver under cancellable lease-to-purchase or usage agreement** | 50,315.01 | - | 49,979.58 | = | $335.43 |
| **Tyrone Conner - Debtor subleases 2024 Peterbilt 579 (VIN 7822) to driver under cancellable lease-to-purchase or usage agreement** | 90,650.00 | - | 90,650.00 | = | $0.00 |
| **Ohiyesa Butler - Debtor subleases 2022 Kenworth T680 (VIN 3659) to driver under cancellable lease-to-purchase or usage agreement** | 85,075.00 | - | 84,507.83 | = | $567.17 |
| **Richard Dent - Debtor subleases 2022 Kenworth T680 (VIN 3644) to driver under cancellable lease-to-purchase or usage agreement** | 168,750.00 | - | 167,625.00 | = | $1,125.00 |
| **Patrick Crapp - Debtor subleases 2022 Kenworth T680 (VIN 3678) to driver under cancellable lease-to-purchase or usage agreement** | 77,675.00 | - | 77,157.17 | = | $517.83 |
| **Sylvester Wordlaw - Debtor subleases 2022 Kenworth T680 (VIN 3666) to driver under cancellable lease-to-purchase or usage agreement** | 78,750.00 | - | 78,225.00 | = | $525.00 |

Total face amount — doubtful or uncollectible amount

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 6

Debtor    **Unlimited Deliveries, LLC**                                     Case number *(If known)*  **26-50139-KMS**
          Name

**Alan Green - Debtor subleases 2022 Kenworth T680 (VIN 3693) to driver under cancellable lease-to-purchase or usage agreement**

| 92,250.00 | - | 91,635.00 | = | |
| Total face amount | | doubtful or uncollectible amount | | |
| | | | | $615.00 |

**Albert Allen - Debtor subleases 2022 Kenworth T680 (VIN 3685) to driver under cancellable lease-to-purchase or usage agreement**

| 114,750.00 | - | 113,985.00 | = | |
| Total face amount | | doubtful or uncollectible amount | | |
| | | | | $765.00 |

**Brett Ferguson - Debtor subleases 2022 Kenworth T680 (VIN 3646) to driver under cancellable lease-to-purchase or usage agreement**

| 121,500.00 | - | 120,690.00 | = | |
| Total face amount | | doubtful or uncollectible amount | | |
| | | | | $810.00 |

**Joe Dixon - Debtor subleases 2022 Kenworth T680 (VIN 3697) to driver under cancellable lease-to-purchase or usage agreement**

| 124,875.00 | - | 124,042.50 | = | |
| Total face amount | | doubtful or uncollectible amount | | |
| | | | | $832.50 |

**Lavaughn Martin - Debtor subleases 2022 Kenworth T680 (VIN 3642) to driver under cancellable lease-to-purchase or usage agreement**

| 126,000.00 | - | 125,160.00 | = | |
| Total face amount | | doubtful or uncollectible amount | | |
| | | | | $840.00 |

**Tobias Moultrie - Debtor subleases 2022 Kenworth T680 (VIN 3690) to driver under cancellable lease-to-purchase or usage agreement**

| 133,875.00 | - | 132,982.50 | = | |
| Total face amount | | doubtful or uncollectible amount | | |
| | | | | $892.50 |

**Wesley Lamons - Debtor subleases 2023 Kenworth T680 (VIN 3679) to driver under cancellable lease-to-purchase or usage agreement**

| 173,250.00 | - | 172,095.00 | = | |
| Total face amount | | doubtful or uncollectible amount | | |
| | | | | $1,155.00 |

**Kevin Owens - Debtor subleases 2021 Kenworth T680 (VIN 3766) to driver under cancellable lease-to-purchase or usage agreement**

| 25,945.00 | - | 25,166.65 | = | |
| Total face amount | | doubtful or uncollectible amount | | |
| | | | | $778.35 |

**Desmond Lavelle - Debtor subleases 2021 Kenworth T680 (VIN 2645) to driver under cancellable lease-to-purchase or usage agreement**

| 35,957.00 | - | 34,878.29 | = | |
| Total face amount | | doubtful or uncollectible amount | | |
| | | | | $1,078.71 |

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

Debtor    **Unlimited Deliveries, LLC**                              Case number *(If known)*  **26-50139-KMS**
          <sub>Name</sub>

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **Third-party bad faith and negligent failure to settle case
       against liability insurance carrier**                                                            **Unknown**
       Nature of claim
       Amount requested                    **$0.00** at this time because demand has not been made.  When demand is
                                           made, this schedule will be amended.

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**
       **Claim for unused miles from Prime Insurance, not yet
       adjusted for amounts owed**                                                                      **Unknown**
       Nature of claim
       Amount requested                    **$37,000.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                    **$10,837.49**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                        page 8

Debtor   **Unlimited Deliveries, LLC**                                   Case number *(If known)*  **26-50139-KMS**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $623,141.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $165,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,893,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,837.49 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,696,978.85 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,696,978.85 |

**Fill in this information to identify the case:**

Debtor name    **Unlimited Deliveries, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **26-50139-KMS**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |
|---|---|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Gulf Coast Bank & Trus**<br>Creditor's Name<br>**d/b/a Phoenix Capital**<br>**7235 Jefferson Hwy, 2n**<br>**Baton Rouge, LA 70806**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Factored Accounts Receivable** | $3,450,038.55 | $3,450,038.55 |

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Hancock Whitney Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**5 - 2024 Extreme XP55 Trailers (SNs 8376, 8377, 840, 8402, 8403) (valued at $23,000 each)**<br>**9 - 2023 Extreme XP55 Trailers (SNs 8861, 8862, 8863, 8872, 8873, 8874, 8875, 8876, 8877) (valued at $20,000 each)** | $222,359.33 | $295,000.00 |
|---|---|---|---|

**P.O. Box 4019**
**Gulfport, MS 39502-4019**
Creditor's mailing address

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor  **Unlimited Deliveries, LLC**
          Name

Case number (if known)   **26-50139-KMS**

**0290**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **M&T Equipment Finance** | | $230,961.74 | $200,000.00 |

Creditor's Name

**P.O. Box 463**
**Brattleboro, VT 05302-0463**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7481**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5 - 2023 Peterbilt 579 (VINs 3169, 3170, 3171, 3301, 3303) (valued at $40,000 each)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **M&T Equipment Finance** | | $232,791.60 | $200,000.00 |

Creditor's Name

**P.O. Box 463**
**Brattleboro, VT 05302-0463**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7550**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5 - 2023 Peterbilt 579 (VINs 3168, 3172, 3302, 3304, 3305) (valued at $40,000 each)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **M&T Equipment Finance** | | $113,736.56 | $200,000.00 |

Creditor's Name

**P.O. Box 463**
**Brattleboro, VT 05302-0463**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**10 - 2023 Extreme XP55 Trailers (SNs 8990, 8991, 8992, 8993, 8994, 8995, 8996, 8997, 8998, 8999) (valued at $20,000 each)**

**Describe the lien**

---

Debtor  **Unlimited Deliveries, LLC**
_Name_

Case number (if known)  **26-50139-KMS**

---

_Creditor's email address, if known_

**Date debt was incurred**

**Last 4 digits of account number**
**7144**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| $4,249,887.78 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 3

**Fill in this information to identify the case:**

Debtor name **Unlimited Deliveries, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **26-50139-KMS**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Department of the Trea**<br>**Internal Revenue Servi**<br>**Ogden, UT 84201-0039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,491.33 | $30,491.33 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
| --- | --- | --- | --- |
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. Box 6031**<br>**Carol Stream, IL 60197-6031**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  1000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Credit Card**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $94,251.88 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Baldwin Road Managemen**<br>**174 Baldwin Road**<br>**Satsuma, AL 36572**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Lease Payments**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |

| Debtor | **Unlimited Deliveries, LLC** | Case number (if known) | **26-50139-KMS** |
|---|---|---|---|
| | Name | | |

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$640,945.53**

**BankFirst**
**P.O. Box 1248**
**Columbus, MS 39703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **5868**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$505,956.67**

**BankPlus**
**1320 S. Morrison Blvd**
**Hammond, LA 70403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0200**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$453,361.83**

**BMO Bank, N.A.**
**300 E. John Carpenter**
**Irving, TX 75062-2712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **6001**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$275,000.00**

**Capital One**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business Credit Card**

Last 4 digits of account number  **6477**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000,000.00**

**Clarence Roberts**
**c/o W. Bradford Kittre**
**P.O. Box 2187**
**Daphne, AL 36526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Judgment**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$270,000.00**

**EFS**
**P.O. Box 630038**
**Cincinnati, OH 45263-0038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Fuel Card Account Line of Credit**

Last 4 digits of account number  **4727**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$183,972.66**

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **7824**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Unlimited Deliveries, LLC**
Name

Case number (if known) **26-50139-KMS**

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$420,535.45** |
|---|---|---|---|

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$219,013.84** |
|---|---|---|---|

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2781**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$285,072.68** |
|---|---|---|---|

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

**Date(s) debt was incurred  December 2022**

**Last 4 digits of account number  8047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360,229.03** |
|---|---|---|---|

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

**Date(s) debt was incurred** _

**Last 4 digits of account number  8062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$287,993.15** |
|---|---|---|---|

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

**Date(s) debt was incurred  December 2022**

**Last 4 digits of account number  8054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$674,443.43** |
|---|---|---|---|

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$607,438.49** |
|---|---|---|---|

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Unlimited Deliveries, LLC**
Name

Case number (if known) **26-50139-KMS**

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$275,138.63** |

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1631__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$275,138.63** |

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3520__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250,785.74** |

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6728__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,969,021.35** |

**Hancock Whitney Bank**
**P.O. Box 4019**
**Gulfport, MS 39502-4019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __January 2023__

Last 4 digits of account number __4557__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,165.52** |

**Hankook Tire America C**
**333 Commerce Street**
**Suite 600**
**Nashville, TN 37201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9122__

Basis for the claim:  __Tires Line of Credit__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kingspointe Management**
**7751 Kingspointe Pkwy**
**Suite 106**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Lease Payments__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |

**Love's Truck Stops**
**10601 N Pennsylvania A**
**Oklahoma City, OK 73120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5035__

Basis for the claim:  __Repairs Line of Credit__

Is the claim subject to offset? ■ No  ☐ Yes

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 4 of 8

| Debtor | **Unlimited Deliveries, LLC** | Case number (if known) | **26-50139-KMS** |
|---|---|---|---|
| | Name | | |

**3.24**    **Nonpriority creditor's name and mailing address**

**M&T Equipment Finance**
**P.O. Box 463**
**Brattleboro, VT 05302-0463**

Date(s) debt was incurred __

Last 4 digits of account number  **8222**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$457,967.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**    **Nonpriority creditor's name and mailing address**

**M&T Equipment Finance**
**P.O. Box 463**
**Brattleboro, VT 05302-0463**

Date(s) debt was incurred __

Last 4 digits of account number  **8484**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$303,411.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**    **Nonpriority creditor's name and mailing address**

**MK Truck Services, LLC**
**d/b/a Satsuma Diesel R**
**174 Baldwin Road**
**Satsuma, AL 36572**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*      **$3,216.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**    **Nonpriority creditor's name and mailing address**

**North Texas Tollway Au**
**c/o Kate Valent, Esq.**
**2600 Network Blvd, Sui**
**Frisco, TX 75034**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*      **$48,773.46**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**    **Nonpriority creditor's name and mailing address**

**PACCAR Financial Corp.**
**1501 North Plano Road**
**Suite 100**
**Richardson, TX 75081**

Date(s) debt was incurred __

Last 4 digits of account number  **8124**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$2,735,118.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**    **Nonpriority creditor's name and mailing address**

**PACCAR Financial Corp.**
**1501 North Plano Road**
**Suite 100**
**Richardson, TX 75081**

Date(s) debt was incurred __

Last 4 digits of account number  **9333**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$1,370,536.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**    **Nonpriority creditor's name and mailing address**

**PACCAR Financial Corp.**
**1501 North Plano Road**
**Suite 100**
**Richardson, TX 75081**

Date(s) debt was incurred __

Last 4 digits of account number  **9660**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$1,389,774.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Unlimited Deliveries, LLC**
Name

Case number (if known)  **26-50139-KMS**

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,032,127.30** |
|---|---|---|---|
| | **PACCAR Financial Corp.**<br>**1501 North Plano Road**<br>**Suite 100**<br>**Richardson, TX 75081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **8814** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,130,702.35** |
|---|---|---|---|
| | **PACCAR Financial Corp.**<br>**1501 North Plano Road**<br>**Suite 100**<br>**Richardson, TX 75081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **4731** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,201,584.56** |
|---|---|---|---|
| | **PACCAR Financial Corp.**<br>**1501 North Plano Road**<br>**Suite 100**<br>**Richardson, TX 75081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **5798** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,294,137.34** |
|---|---|---|---|
| | **PACCAR Financial Corp.**<br>**1501 North Plano Road**<br>**Suite 100**<br>**Richardson, TX 75081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **6301** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85,088.77** |
|---|---|---|---|
| | **PACCAR Parts Fleet Ser**<br>**P.O. Box 10922**<br>**Shawnee Mission, KS 66225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Repair and Parts Line of Credit** | |
| | Last 4 digits of account number  **9603** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,880.55** |
|---|---|---|---|
| | **Pennsylvania Turnpike**<br>**c/o Transworld Systems**<br>**500 Virginia Drive, #5**<br>**Fort Washington, PA 19034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Road Tolls** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$192,924.75** |
|---|---|---|---|
| | **PNC Bank, National Ass**<br>**655 Business Center Dr**<br>**Suite 250**<br>**Horsham, PA 19044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **0001** | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor  **Unlimited Deliveries, LLC**
Name

Case number *(if known)*  **26-50139-KMS**

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221,364.66** |
|---|---|---|---|

**PNC Bank, National Ass**
**655 Business Center Dr**
**Suite 250**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0002**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,195.53** |
|---|---|---|---|

**Road Gear, LLC**
**174 Baldwin Road**
**Satsuma, AL 36572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Unpaid bills for cameras and TMS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,044.59** |
|---|---|---|---|

**Southern Insurance Spe**
**P.O. Box 2116**
**Ridgeland, MS 39158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$517,171.37** |
|---|---|---|---|

**Trustmark National Ban**
**Commercial Banking - M**
**1695 Popps Ferry Road**
**Biloxi, MS 39532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7065**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,024.79** |
|---|---|---|---|

**U.S. Small Business Ad**
**409 3rd Street, S.W.**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7410**

Basis for the claim: **Term Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,454.88** |
|---|---|---|---|

**WebBank c/o QuickBooks**
**P.O. Box 842978**
**Dallas, TX 75284-2978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,418.00** |
|---|---|---|---|

**WebBank c/o QuickBooks**
**P.O. Box 842978**
**Dallas, TX 75284-2978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Term Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 7 of 8

Debtor   **Unlimited Deliveries, LLC**                         Case number (if known)   **26-50139-KMS**
              Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 30,491.33 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 33,589,382.20 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c.  $ | 33,619,873.53 |

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 8 of 8**

**Fill in this information to identify the case:**

Debtor name        **Unlimited Deliveries, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **26-50139-KMS**

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 174 Baldwin Road, Satsuma, AL 36572** | |
| | State the term remaining | | **Baldwin Road Managemen 174 Baldwin Road Satsuma, AL 36572** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 517 W North Street, Suite C, Pass Christian, MS 39571** | |
| | State the term remaining | | **Cabot Drive, LLC 1452 Cabot Drive Clermont, FL 34711** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 7751 Kingspointe Pkwy, Orlando, FL** | |
| | State the term remaining | | **Kingspointe Management 7751 Kingspointe Pkwy Suite 106 Orlando, FL 32819** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease covering multiple trucks and trailers** | |
| | State the term remaining | **Month to Month** | **Mighty Lease, LLC 1308 Bienville Blvd Ocean Springs, MS 39564** |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 1

**Fill in this information to identify the case:**

Debtor name **Unlimited Deliveries, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **26-50139-KMS**

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors
                                                                                            **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Baldwin Road Managemen** | **174 Baldwin Road Satsuma, AL 36572** | **Hancock Whitney Bank** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.2 | **Cabot Drive, LLC** | **1452 Cabot Drive Clermont, FL 34711** | **Hancock Whitney Bank** | ☐ D _____ <br> ■ E/F __3.13__ <br> ☐ G _____ |
| 2.3 | **Kingspointe Management** | **7751 Kingspointe Pkwy Suite 106 Orlando, FL 32819** | **Hancock Whitney Bank** | ☐ D _____ <br> ■ E/F __3.14__ <br> ☐ G _____ |
| 2.4 | **Mighty Lease, LLC** | **1308 Bienville Blvd Ocean Springs, MS 39564** | **Hancock Whitney Bank** | ☐ D _____ <br> ■ E/F __3.15__ <br> ☐ G _____ |
| 2.5 | **Mighty Lease, LLC** | **1308 Bienville Blvd Ocean Springs, MS 39564** | **Hancock Whitney Bank** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |

Debtor   **Unlimited Deliveries, LLC**                                    Case number *(if known)*   **26-50139-KMS**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Mighty Lease, LLC** | **1308 Bienville Blvd** **Ocean Springs, MS 39564** | **Hancock Whitney Bank** | ☐ D _____ ■ E/F __**3.16**__ ☐ G _____ |
| 2.7 | **Mighty Lease, LLC** | **1308 Bienville Blvd** **Ocean Springs, MS 39564** | **Hancock Whitney Bank** | ☐ D _____ ■ E/F __**3.18**__ ☐ G _____ |
| 2.8 | **Mighty Lease, LLC** | **1308 Bienville Blvd** **Ocean Springs, MS 39564** | **Hancock Whitney Bank** | ☐ D _____ ■ E/F __**3.19**__ ☐ G _____ |
| 2.9 | **Mighty Lease, LLC** | **1308 Bienville Blvd** **Ocean Springs, MS 39564** | **BankFirst** | ☐ D _____ ■ E/F __**3.3**__ ☐ G _____ |
| 2.10 | **Mighty Lease, LLC** | **1308 Bienville Blvd** **Ocean Springs, MS 39564** | **BankPlus** | ☐ D _____ ■ E/F __**3.4**__ ☐ G _____ |
| 2.11 | **Mighty Lease, LLC** | **1308 Bienville Blvd** **Ocean Springs, MS 39564** | **BMO Bank, N.A.** | ☐ D _____ ■ E/F __**3.5**__ ☐ G _____ |
| 2.12 | **Mighty Lease, LLC** | **1308 Bienville Blvd** **Ocean Springs, MS 39564** | **Trustmark National Ban** | ☐ D _____ ■ E/F __**3.41**__ ☐ G _____ |
| 2.13 | **Mighty Lease, LLC** | **1308 Bienville Blvd** **Ocean Springs, MS 39564** | **M&T Equipment Finance** | ☐ D _____ ■ E/F __**3.24**__ ☐ G _____ |

| Debtor | **Unlimited Deliveries, LLC** | Case number *(if known)* | **26-50139-KMS** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Mighty Lease, LLC** | 1308 Bienville Blvd Ocean Springs, MS 39564 | **PACCAR Financial Corp.** | ☐ D _____ ■ E/F __**3.28**__ ☐ G _____ |
| 2.15 | **Mighty Lease, LLC** | 1308 Bienville Blvd Ocean Springs, MS 39564 | **PACCAR Financial Corp.** | ☐ D _____ ■ E/F __**3.29**__ ☐ G _____ |
| 2.16 | **Mighty Lease, LLC** | 1308 Bienville Blvd Ocean Springs, MS 39564 | **PACCAR Financial Corp.** | ☐ D _____ ■ E/F __**3.30**__ ☐ G _____ |
| 2.17 | **Mighty Lease, LLC** | 1308 Bienville Blvd Ocean Springs, MS 39564 | **PACCAR Financial Corp.** | ☐ D _____ ■ E/F __**3.31**__ ☐ G _____ |
| 2.18 | **Mighty Lease, LLC** | 1308 Bienville Blvd Ocean Springs, MS 39564 | **PACCAR Financial Corp.** | ☐ D _____ ■ E/F __**3.32**__ ☐ G _____ |
| 2.19 | **Mighty Lease, LLC** | 1308 Bienville Blvd Ocean Springs, MS 39564 | **PACCAR Financial Corp.** | ☐ D _____ ■ E/F __**3.33**__ ☐ G _____ |
| 2.20 | **Mighty Lease, LLC** | 1308 Bienville Blvd Ocean Springs, MS 39564 | **Hancock Whitney Bank** | ☐ D _____ ■ E/F __**3.9**__ ☐ G _____ |
| 2.21 | **Mighty Lease, LLC** | 1308 Bienville Blvd Ocean Springs, MS 39564 | **Hancock Whitney Bank** | ☐ D _____ ■ E/F __**3.10**__ ☐ G _____ |

| Debtor | **Unlimited Deliveries, LLC** | Case number *(if known)* | **26-50139-KMS** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Mighty Lease, LLC** | 1308 Bienville Blvd<br>Ocean Springs, MS 39564 | **Hancock Whitney Bank** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.23 | **Mighty Lease, LLC** | 1308 Bienville Blvd<br>Ocean Springs, MS 39564 | **PACCAR Financial Corp.** | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |
| 2.24 | **Mighty Lease, LLC** | 1308 Bienville Blvd<br>Ocean Springs, MS 39564 | **M&T Equipment Finance** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.25 | **Mighty Lease, LLC** | 1308 Bienville Blvd<br>Ocean Springs, MS 39564 | **PNC Bank, National Ass** | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.26 | **Mighty Lease, LLC** | 1308 Bienville Blvd<br>Ocean Springs, MS 39564 | **PNC Bank, National Ass** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.27 | **Mighty Lease, LLC** | 1308 Bienville Blvd<br>Ocean Springs, MS 39564 | **Hancock Whitney Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Mighty Lease, LLC** | 1308 Bienville Blvd<br>Ocean Springs, MS 39564 | **American Express** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.29 | **Mila Travel, LLC** | 1853 Hilochee Ridge Ro<br>Clermont, FL 34714 | **Hancock Whitney Bank** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |

| Official Form 206H | Schedule H: Your Codebtors | Page 4 of 7 |
|---|---|---|

| Debtor | **Unlimited Deliveries, LLC** | Case number *(if known)* | **26-50139-KMS** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | **MK Logistics, LLC** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **BankPlus** | ☐ D _____<br>■ E/F __**3.4**__<br>☐ G _____ |
| 2.31 | **MK Logistics, LLC** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **PNC Bank, National Ass** | ☐ D _____<br>■ E/F __**3.37**__<br>☐ G _____ |
| 2.32 | **MK Logistics, LLC** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **PNC Bank, National Ass** | ☐ D _____<br>■ E/F __**3.38**__<br>☐ G _____ |
| 2.33 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **BankFirst** | ☐ D _____<br>■ E/F __**3.3**__<br>☐ G _____ |
| 2.34 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **BankPlus** | ☐ D _____<br>■ E/F __**3.4**__<br>☐ G _____ |
| 2.35 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **BMO Bank, N.A.** | ☐ D _____<br>■ E/F __**3.5**__<br>☐ G _____ |
| 2.36 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **PACCAR Financial Corp.** | ☐ D _____<br>■ E/F __**3.31**__<br>☐ G _____ |
| 2.37 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **PACCAR Financial Corp.** | ☐ D _____<br>■ E/F __**3.28**__<br>☐ G _____ |

| Debtor | **Unlimited Deliveries, LLC** | Case number *(if known)* | **26-50139-KMS** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro**<br>**Clermont, FL 34714** | **PACCAR Financial Corp.** | ☐ D _____<br>■ E/F __**3.29**__<br>☐ G _____ |
| 2.39 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro**<br>**Clermont, FL 34714** | **PACCAR Financial Corp.** | ☐ D _____<br>■ E/F __**3.30**__<br>☐ G _____ |
| 2.40 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro**<br>**Clermont, FL 34714** | **PACCAR Financial Corp.** | ☐ D _____<br>■ E/F __**3.32**__<br>☐ G _____ |
| 2.41 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro**<br>**Clermont, FL 34714** | **PACCAR Financial Corp.** | ☐ D _____<br>■ E/F __**3.33**__<br>☐ G _____ |
| 2.42 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro**<br>**Clermont, FL 34714** | **PACCAR Financial Corp.** | ☐ D _____<br>■ E/F __**3.34**__<br>☐ G _____ |
| 2.43 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro**<br>**Clermont, FL 34714** | **PNC Bank, National Ass** | ☐ D _____<br>■ E/F __**3.37**__<br>☐ G _____ |
| 2.44 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro**<br>**Clermont, FL 34714** | **PNC Bank, National Ass** | ☐ D _____<br>■ E/F __**3.38**__<br>☐ G _____ |
| 2.45 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro**<br>**Clermont, FL 34714** | **Trustmark National Ban** | ☐ D _____<br>■ E/F __**3.41**__<br>☐ G _____ |

| Debtor | **Unlimited Deliveries, LLC** | Case number *(if known)* | **26-50139-KMS** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.46 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **Gulf Coast Bank & Trus** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | **Mykhaylo Kalyn** | **1853 Hilochee Ridge Ro Clermont, FL 34714** | **Hancock Whitney Bank** | ☐ D _____<br>■ E/F  **3.16**<br>☐ G _____ |

| Official Form 206H | Schedule H: Your Codebtors | Page 7 of 7 |
|---|---|---|