_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 10, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**       **UNLIMITED DELIVERIES, LLC**                **CHAPTER 11**
              **Debtor**                                **CASE NO. 26-50139-KMS**

### ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS

THIS CAUSE having come on for consideration of the *Application to Employ Attorneys, and Disclosure of Compensation* (the "Application") **[DK #54]** filed herein by Unlimited Deliveries, LLC (the "Debtor"), and the Court having considered the Application and finding that no objections and/or responses were filed thereto, finds that the Application should be approved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the employment of the Law Offices of Geno and Steiskal, PLLC (the "Law Firm") as attorneys and legal counsel for the Debtor-in-Possession be, and it hereby is, approved pursuant to 11 U.S.C. § 327, effective January 28, 2026. The Application is denied to the extent it requests employment under 11 U.S.C. § 328 or any other Bankruptcy Code section.

IT IS FURTHER ORDERED AND ADJUDGED that the Law Firm shall, within ten days of the entry hereof, file with the Court the statement of compensation required by 11 U.S.C. § 329 and Rule 2016(b), Federal Rules of Bankruptcy Procedure, if said report has not been filed.

IT IS FURTHER ORDERED AND ADJUDGED that the Law Firm shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only

-2-

after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

IT IS FURTHER ORDERED AND ADJUDGED that this Order applies to any funds that might have been received by the Law Firm as a retainer or of a similar nature.

IT IS FURTHER ORDERED AND ADJUDGED that any application for compensation and reimbursement of expenses shall set forth the date of entry of all previous orders allowing compensation and expenses and the amounts so allowed.

**# #  END OF ORDER  # #**

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Unlimited Deliveries, LLC dba MK Trucking\Pleadings\Employ\LOGS\Order.wpd