United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                          Case No. 26-50139-KMS

Unlimited Deliveries, LLC                                                                        Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: hn005kms | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

**Recip ID**     **Recipient Name and Address**
dbpos     + Unlimited Deliveries, LLC, 1308 Bienville Blvd, Ocean Springs, MS 39564-2914

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher H Meredith | on behalf of Creditor BankPlus cmeredith@cctb.com  bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of Debtor In Possession Unlimited Deliveries  LLC csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Debtor In Possession Unlimited Deliveries  LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Donald Andrew Phillips | on behalf of Creditor BankFirst Financial Services aphillips@mitchellmcnutt.com  ecf-oxford@mitchellmcnutt.com |
| Erin McManus Best | on behalf of Creditor M&T Equipment Finance Corporation ebest@watkinseager.com  scook@watkinseager.com |
| Jacorius Williams | |

District/off: 0538-6                         User: mssbad                              Page 2 of 2
Date Rcvd: Apr 13, 2026                      Form ID: hn005kms                         Total Noticed: 1

         on behalf of Creditor Hancock Whitney Bank jjwilliams@balch.com
smhollis@balch.com;ehansen@balch.com;rmunn@balch.com

Jeffrey Ryan Barber

         on behalf of Creditor PACCAR Financial Corp. jbarber@joneswalker.com
jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com

Jim F. Spencer, Jr.

         on behalf of Creditor Trustmark Bank jspencer@watkinseager.com  mryan@watkinseager.com

Jim F. Spencer, Jr.

         on behalf of Creditor M&T Equipment Finance Corporation jspencer@watkinseager.com  mryan@watkinseager.com

Laura Elizabeth Nichols Fisher

         on behalf of Creditor BankFirst Financial Services bfisher@mitchellmcnutt.com

Matthew Ward McDade

         on behalf of Creditor Hancock Whitney Bank mmcdade@balch.com
bmarshall@balch.com;smhollis@balch.com;dguericke@balch.com;ehansen@balch.com

R. Michael Bolen

         on behalf of Creditor ATA Comp Fund rmb@hoodbolen.com  wrh@hoodbolen.com

Robert Alan Byrd

         on behalf of Creditor Clarence Roberts rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Steven Usry

         on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

United States Trustee

         USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 15

Form hn005kms (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Unlimited Deliveries, LLC**

        **DEBTOR.**

**CASE NO. 26–50139–KMS**

**CHAPTER 11**

### NOTICE OF HEARING AND DEADLINES

    Hancock Whitney Bank; Hancock Whitney Equipment Finance, LLC; and Hancock Whitney Equipment Finance and Leasing, LLC has filed a Motion for Relief from Stay or, in the Alternative, for Adequate Protection (the "Motion") (Dkt. # 117) with the Court in the above–styled case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a combined and final hearing on May 7, 2026, at 01:30 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before April 30, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

    Dated: 4/13/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
228–563–1797 (use to advise of settlement)
228–563–1841

Parties Noticed:

Unlimited Deliveries, LLC, Debtor in Possession

Craig M. Geno, Esq.

Christopher J. Steiskal, Sr., Esq.

United States Trustee

Steven Usry, Esq.

Matthew Ward McDade, Esq.