Form hn011kms (Rev. 11/24)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Unlimited Deliveries, LLC**

**CASE NO. 26–50139–KMS**

**DEBTOR.**

**CHAPTER 11**

### NOTICE OF TELEPHONIC STATUS CONFERENCE

You are hereby notified that the Court will hold a telephonic status conference on May 7, 2026 at 01:30 PM, in the above–styled case, on the following:

Motion for Relief from Stay filed by PACCAR Financial Corp. (Dkt. #84)

Please call 833–990–9400 or 571–353–2301; Access Code: 1059329 at the appointed time.

If you plan to participate, please call the Courtroom Deputy at the number provided below.

Dated: 5/4/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
228–563–1797 (use to advise of settlement)
228–563–1841

Parties Noticed:

Unlimited Deliveries, LLC, Debtor In Possession

Craig M. Geno, Esq.

Christopher J. Steiskal, Sr., Esq.

Office of the US Trustee

Jeffrey Ryan Barber, Esq.